**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Valente LICON–HERNANDEZ,
Defendant–Appellant.**

No. 03–50369.

Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Feb. 13, 2004.

Joseph H. Gay, Jr., Assistant US Attorney, San Antonio, TX, for Plaintiff–Appellee.

Valente Licon–Hernandez, pro se, Pollock, LA, Evers Jason Leach, Law Offices of E. Jason Leach, Odessa, TX, for Defendant–Appellant.

Before SMITH, DeMOSS and STEWART, Circuit Judges.

PER CURIAM.*

The attorney appointed to represent Valente Licon–Hernandez on direct appeal has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Licon has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.